ALBANY,
March, 1831.

Gidney
v.
Spelman.

---

### GIDNEY *vs.* SPELMAN.

On a motion to change *venue,* the costs of the motion abide the event of the suit ; but a party failing in a motion is not entitled to the costs of such motion, though he succeeds in the suit.

QUESTION of costs.  The defendant moved to change the *venue,* and the motion was denied, without costs.  On the trial of the cause he obtained a verdict, and in the taxation of costs, claimed to be allowed for services in preparing and making the motion to change the venue.  The question was submitted to the court whether his claim should be allowed.

March, 3.

*By the Court,* SAVAGE, Ch. J.  Costs are not given on a motion to change the venue, unless specially allowed.  When the venue is changed the costs abide the event, and are taxed in the bill of the prevailing party, 20 *Johns. R.* 475 ; but when the motion is denied, although the party succeeds in his defence to the action, he is not allowed the costs of the motion.  A party failing in a motion is not entitled to the costs of such motion, although he succeeds in the suit.  4 *Cowen,* 21.  6 *id.* 42.